FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY  MP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL EUGENE WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN S.J. RYAN,<br><br>　　　　Respondent. | No. CV 05-2401-SVW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, all the records and files herein, the Magistrate Judge's Report and Recommendation, and the objections to the Report and Recommendation that have been filed herein. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 12/3/08

　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE