FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _MP_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL EUGENE WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN S.J. RYAN,<br><br>Respondent. | No. CV 05-2401-SVW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/3/08

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE